UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 06-CR-20448

Hon. John Corbett O'Meara

MICHAEL TED WASIKOWSKI,

    Defendant.
_____/

**ORDER DENYING MOTION FOR LEAVE
TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Before the court is Defendant's motion for leave to proceed *in forma pauperis* on appeal, filed April 17, 2012. Defendant is appealing the court's May 11, 2011 order denying his motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). Defendant filed a motion for a certificate of appealability, which the court denied on June 2, 2011. In that order, the court also declined "to permit leave to appeal *in forma pauperis*, because any such appeal would be frivolous."

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for leave to proceed *in forma pauperis* on appeal is DENIED.

                                               s/John Corbett O'Meara
                                               United States District Judge

Date: May 30, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 30, 2012, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager